# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:15 CR 145–2 |
| | ) | Hon. Marvin E. Aspen |
| REYNALDO DELGADO GARZA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

MARVIN E. ASPEN, District Judge:

The sentencing hearing in this case is currently set for November 14, 2017 at 9:00 a.m. As set forth in our March 3, 2017 Order, the parties' unresolved objections, motions for downward departure, position papers, and sentencing memoranda were due to be filed at least 14 days before the sentencing hearing. (Dkt. No. 134.) To date, the government and Defendant Reynaldo Delgado Garza have neither filed any sentencing materials with respect to Defendant, nor moved for an extension of time. Should the parties wish to have any sentencing motions, position papers, or sentencing memoranda considered, such materials shall be filed on or before November 7, 2017. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: November 2, 2017
Chicago, Illinois